| | | | |
|---|---|---|---|
| Com. v. Moten [32] ... | 07/26/2016184 EAL (2016) | Denied | |
| Com. v. Mott [33] ..... | 07/26/2016101 WAL (2016) | Denied | Pa.Super., 144 A.3d 187 |
| Com. v. Mullarkey [34] | 08/03/201664 WAL (2016) | Denied | Pa.Super., 134 A.3d 494 |
| Com. v. Pascal [35] ... | 08/02/2016144 MAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |
| Com. v. Patterson [36] | 07/27/2016143 EAL (2016) | Denied | Pa.Super., 141 A.3d 601 |
| Com. v. Phillips [37] .. | 07/27/2016225 MAL (2016) | Denied | Pa.Super., 134 A.3d 493 |
| Com. v. Pinkney .... | 08/02/2016670 EAL (2015) | Denied | Pa.Super., 135 A.3d 648 |
| Com. v. Richards [38] | 08/02/201660 EAL (2016) | Denied | Pa.Super., 128 A.3d 786 |
| Com. v. Rodriguez.. | 07/19/2016125 EAL (2016) | Denied | Pa.Super., 141 A.3d 603 |
| Com. v. Roseboro [39] | 07/27/2016141 EAL (2016) | Denied | Pa.Super., 144 A.3d 193 |
| Com. v. Sanchez [40] | 07/26/2016176 EAL (2016) | Denied | Pa.Super., 81 A.3d 990 |

32. Justice MUNDY did not participate in the consideration or decision of this matter.

33. Justice MUNDY did not participate in the consideration or decision of this matter.

34. Justice DONOHUE did not participate in the decision of this matter.

35. Justice MUNDY did not participate in the consideration or decision of this matter.

36. Justice MUNDY did not participate in the consideration or decision of this matter.

37. Justices WECHT and MUNDY did not participate in the consideration or decision of this matter.

38. Justices DONOHUE and MUNDY did not participate in the consideration or decision of this matter.

39. Justice MUNDY did not participate in the consideration or decision of this matter.

40. Justice MUNDY did not participate in the consideration or decision of this matter.